**Order entered August 7, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00912-CV

**EDUARDO WILKINSON, MD, Appellant**

**V.**

**CAROLINE WILKINSON, Appellee**

**On Appeal from the 429th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 429-02145-2013**

## ORDER

We **GRANT** the motion of Shawn Gant, Official Court Reporter for the 429th Judicial District Court of Collin County, Texas, for an extension of time to file the reporter's record. The reporter's record shall be filed on or before August 12, 2014.

/s/     ADA BROWN
        JUSTICE